UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,  Plaintiff,  v.  BILLY EARLS,  Defendant. | CRIMINAL NO. 5:20-CR-43-KKC  ORDER |

\*\*\* \*\*\* \*\*\*

This case is before the Court on a recommended disposition in which Magistrate Judge Edward B. Atkins makes certain recommendation regarding Billy Earls' admitted violations of the terms of his supervised release. (DE 83.) Earls tested positive for the use of cocaine on September 21, 2023 and positive for cocaine and fentanyl on September 11, 2023, in violation of his supervision conditions. The magistrate judge recommended that the Court sentence Earls to 14-months incarceration and 18-months supervised release. The Court heard and resolved objections from both parties to the recommendations during a final revocation hearing, where the defendant was present and represented by counsel.

For the reasons stated on the bench, the Court hereby ORDERS that:

1)  the factual findings of the recommended disposition (DE 83) are ADOPTED;

2)  the defendant is SENTENCED to 14 months of incarceration and 4 months of supervised release;

3)  the defendant SHALL NOT be permitted to reside with his mother during his term of supervised release; and

4)  the defendant SHALL remain on home detention with location monitoring during his term of supervised release.

This 8th day of January, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY