UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | NO. 5:20-CR-43-KKC-EBA |
| Plaintiff, | |
| v. | **ORDER** |
| **BILLY EARLS,** | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on a Recommended Disposition (DE 110) in which Magistrate Judge Edward B. Atkins makes certain recommendations regarding Defendant Billy Earls' stipulated violation of the terms of his supervised release (Violation #1). The defendant has notified the Court that there are no objections to the magistrate judge's recommendation. (DE 112.) He further waived his right to appear before the district judge and to make a statement and present mitigating information. (DE 113.)

The United States and the defendant jointed requested a sentence of time served with no supervision to follow. The magistrate judge ultimately agreed with the parties' request and now recommends that the Court find the defendant guilty of Violation #1, sentenced to a term of imprisonment of time served with no supervised release to follow. He further recommends that Violations #2 and #3 be dismissed.

Having reviewed the recommended disposition and agreeing with its analysis, the Court hereby ORDERS as follows:

1) the Recommended Disposition (DE 110) is ADOPTED as the Court's opinion; and

2) a judgment consistent with this order and the recommended disposition will be entered.

This 31st day of March, 2025.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY